UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEON FRANKLIN, JR.,

    Petitioner,

v.                                                                                        4:23cv497–WS/MJF

RICKY D. DIXON,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation (ECF No. 3) dated November 17, 2023. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as an unauthorized petition challenging his judgment in state court case number 1995–CF–131. Petitioner has filed objections (ECF No. 6) to the report and recommendation.

    In his objections, Petitioner suggests that his current habeas petition—his third such petition challenging the same state-court judgment—should not be dismissed because he is now raising an issue that was not raised previously, namely a "botched" plea deal. A motion is "second or successive" when the

"petitioner *could have raised* his or her claim for relief in an earlier filed motion, but without a legitimate excuse, failed to do so." *Pajes-Lastra v. United States*, Case No. 22–10226, 2022 WL 2800214, at *1 (11th Cir. July 18, 2022). Here, because Petitioner has not shown a "legitimate excuse" for his failure to previously raise the issue he now raises, and because Petitioner has not been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, this court lacks the authority to consider Petitioner's current petition.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's § 2254 petition for writ of habeas corpus is DISMISSED as an unauthorized successive petition over which this court lacks jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed for lack of jurisdiction."

DONE AND ORDERED this   12th   day of   January  , 2024.

                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE